**Official Form 1 (1/08)**

| United States Bankruptcy Court<br>DISTRICT OF **MASSACHUSETTS** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mechanic Street Motors, LLC, a Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **200812603** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**C/O Edward C. Clair**<br>**PO Box 159**<br>**Milford MA**     ZIPCODE **01757** | Street Address of Joint Debtor (No. & Street, City, and State): ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**SAME**     ZIPCODE | Mailing Address of Joint Debtor (if different from street address): ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **SAME**     ZIPCODE | |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other  **sales, service, auto body**

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Mechanic Street Motors, LLC, a Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). **X** _____  *3/16/2010* Signature of Attorney for Debtor(s)                               Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *Mechanic Street Motors, LLC, a Corporation* |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b) I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Debtor **X** _____ Signature of Joint Debtor _____ Telephone Number (if not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative) _____ (Printed name of Foreign Representative) 3/16/2010 (Date) |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| **X** */s/ Felicia A. Manni-Paquette* Signature of Attorney for Debtor(s) *Felicia A. Manni-Paquette 660351* Printed Name of Attorney for Debtor(s) *Azzinaro, Manni-Paquette* Firm Name *353 Armistice Blvd.* Address *Pawtucket RI   02861* *(401) 729-1600* Telephone Number *3/16/2010* Date *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____ Address |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** */s/ Edward C. Clair* Signature of Authorized Individual *Edward C. Clair* Printed Name of Authorized Individual *Manager* Title of Authorized Individual *3/16/2010* Date | X _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In re *Mechanic Street Motors, LLC,*  
   *a  Corporation*

Case No.  
Chapter  *7*

_____ / Debtor

Attorney for Debtor:  *Felicia A. Manni-Paquette*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *3/16/2010*

*/s/ Edward C. Clair*  
Debtor

```
Advanta Bank Corp
Po Box 844
Attn: Collections
Spring House, PA  19477

AllData
9412 Big Horn Road
Elk Grove, CA  95758

American Express
Po Box 297871
Fort Lauderdale, FL  3332

American Express
PO Box 2855
New York, NY  10116

American Hardware Mutual
471 East Broad Street
Columbus, OH  43215

Arbella Ceded Taxi
C/O Smith Levenson Cullen
5 Essex Green Dr.
Peabody, MA  01960

Ashton & Weinberg, Inc.
P.O. Box 828
Greenville, RI  02828

AIM Mutual Insurance Co
PO Box 4070
Burlington, MA  01803

Atlantic Business Service
PO Box 437
North Scituate, MA  02060

Automotive Finance Corpor
C/O Leonard M. Krulewich
29 Crafts St., Suite 420
Newton, MA  02458

Automotive Refinish Techn
C/O CCC of NY
PO Box 288
Tonawanda, NY  14150

Autotrader.com
C/O Jonathan Neil & Assoc
71 West Main Street Suite
Freehold, NJ  07728
```

```
Autozone Parts, Inc.
PO Box 791409
Baltimore, MD   21279

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC   27410

Bodyshopmall.com
attn: accounts receivable
26701 Telegraph Road
Southfield, MI   48033

B-P Trucking, Inc.
P.O. Box 386
Ashland, MA   01721

Broadview Networks
Po Box 1191
Port Chester, NY   10573

BWP-Carquest Auto Parts
PO Box 18910
Newark, NJ   07191

Capital One
PO Box 71083
Charlotte, NC   28272

Carfax Inc
5869 Trinity Parkway
Suite 600
Centreville, VA   20120

CCA
700 Longwater Drive
PO Box 800
Norwell, MA   02061

CCC of NY
34 Seymour Street
Tonawanda, NY   14150

Central Mass Auto Auction
PO box 346
Oxford, MA   01540

Chase
Po Box 15298
Wilmington, DE   19850
```

```
Chase Business Card
PO Box 15298
Wilmington, DE  19850

Citi/shell
Po Box 6497
Sioux Falls, SD  57117

Citibank
8875 Aero Dr
San Diego, CA  92123

Citibank Exxonmobil
Po Box 740281
Houston, TX  77274

Citibank South Dakota N.A
701 East 60th Street Nort
Sioux Falls, SD  57104

Citibusiness
P.O Box 44180
Jacksonville, FL  32231

Commerce Insurance
11 Gore Road
Webster, MA  01570

Consumer Auto Parts
75 Fortune blvd.
Milford, MA  01757

Consumers Propane
139 Hamleet Avenue
PO Box 628
Woonsocket, RI  02895

Creditors Adjustment Bure
14226 Ventura Boulevard
Sherman Oaks, CA  91423

Crossroads Business Servi
124 Washington Street
Suite 301
Foxboro, MA  02035

Eagle Leasing Company
PO box 923
Orange, CT  06477
```

```
Empire Fire & Marine Insu
13810 FNB Parkway
Omaha, NE   68154

Exxmblciti
Po Box 6497
Sioux Falls, SD   57117

First Data Global Leasing
PO Box 173845
Denver, CO   80217

First Equity Card
PO box 84075
Columbus, GA   31901

Gatehouse Media
Community Newspaper Compa
PO box 9113
Needham, MA   02492

GC Services Limited Ptner
6330 Gulfton
Houston, TX   77081

Gold Standard Automotive
610 Pleasant Street
Watertown, MA   02472

Grainger
Dept869452664
Palatine, IL   60038

Henry's Used Auto Parts
676 Rathbun Street
Blackstone, MA   01504

Hfc
Po Box 3425
Buffalo, NY   14240

Home Depot Credit Service
PO Box 689100
Des Moines, IA   50368

HSBC Bank
PO Box 5253
Carol Stream, IL   60197

Idearc Media corp
Attn: Acct Receivable Dep
Dallas, TX   75261
```

```
ILD Telecommunications
PO Box 30353
Atlanta, GA   30353

Jacks Used Cars and Parts
PO Box 327
North Billerica, MA   0186

Jaguar Graphics and Print
26 Howley Street
Peabody, MA   01960

James J. Alberino, Esq.
134 Pleasant Street
Marblehead, MA   01945

Joseph P Clair
11 Haven Road
Medfield, MA   02052

Joseph, Mann & Creed
P.O. Box 22253
Beachwood, OH   44122

Leonard M. Krulewich & As
29 Crafts St.
Suite 420
Newton, MA   02458

M. Robert Queler, Esq.
856 Providence Highway
Dedham, MA   02026

MA Dept Workforce Develop
Division of Unemployment
19 Staniford Street
Boston, MA   02114

Maine Oxy
22 Albiston Way
Auburn, ME   04210

Massachusetts Dept of Rev
PO Box 7065
Boston, MA   02204

McCarthy, Burgess & Wolff
26000 Cannon Rd.
Bedford, OH   44146
```

```
MRS Associates Inc
1930 Olney Avenue
Cherry Hill, NJ   08003

MRS Associates, Inc.
1930 Olney Ave.
Cherry Hill, NJ   08003

MRS Associates, Inc.
1930 Olney Avenue
Cherry Hill, NJ   08003

National Grid
PO Box 1005
Woburn, MA   01807

NCO Financial Systems
507 Prudential Road
Horsham, PA   19044

NE Environmental Services
20 Industrial Road
PO box 7215
Cumberland, RI   02864

Norfolk Community Fcu
194 Main St
Norfolk, MA   02056

Offices of Joel Cardis, L
2006 Swede Rd.
Suite 100
Norristown, PA   19401

RMS
77 Hartland Street, Ste.
P.O. Box 280431
East Hartford, CT   06128

Rubin & Levin, P.C.
342 Massachusetts Ave.
Ste. 500
Indianapolis, IN   46204

Safety-Kleen Systems
5360 Legacy Drive
Building 2 Suite 100
Plano, TX   75024

Sentry Credit Inc
2809 Grand Avenue
Everett, WA   98201
```

```
Smith, Levenson, Cullen &
5 Essex Green Dr.
Peabody, MA   01960

Social Security Administr
P.O Box 33021
Baltimore, MD   21290

Sovereign Bank
PO Box 12646
Reading, PA   19612

Staples Credit Plan
PO Box 689020
Des Moines, IA   50368

The home depot/cbsd
Po Box 6497
Sioux Falls, SD   57117

The New York Times Compan
620 Eighth Avenue
New York, NY   10018

Town of Bellingham
PO box 204
Office of Town Collector
Bellingham, MA   02019

Transworld Systems Inc.
P.O Box 15520
Wilmington, DE   19850

Uni-Select USA
dba Consumer Auto Parts
75 Fortune Blvd.
Milford, MA   01757

US Bank
Manifest Funding Services
PO Box 790448
Saint Louis, MO   63179

Vendetti Motors Inc
411 West Central Street
Franklin, MA   02038

Verizon
P.O. Box 1100
Albany, NY   12250
```

```
Walker Associates
2 Oliver Street
Boston, MA  02109

Zurich
PO Box2274
Omaha, NE  68103
```